CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

MAY 17 2006

JOHN F. CORCORAN, CLERK
BY:
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | |
|---|---|
| JAMES C. GREER, | ) |
|     Petitioner, | ) Civil Action No. 7:06CV00271 |
| | ) |
| v. | ) **FINAL ORDER** |
| | ) |
| COUNTY OF PATRICK, | ) By: Hon. Glen E. Conrad |
|     Respondent. | ) United States District Judge |

In accordance with the accompanying memorandum opinion, it is now

## ORDERED

that the petitioner's motion for relief from judgment under Rule 60(b) of the Federal Rules of Civil Procedure shall be and hereby is **DENIED**, and this action shall be and hereby is **STRICKEN** from the active docket of the court.

The Clerk is directed to send certified copies of this order and the accompanying memorandum opinion to the petitioner and counsel of record for the respondent.

ENTER: This 16th day of May, 2006.

                                          */s/ Glen E. Conrad*
                                         United States District Judge